UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES STEVENSON,<br>individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAZDA MOTOR OF AMERICA, INC.,<br><br>Defendant. | Case No. 3:14-CV-05250-FLW-DEA<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41** |

Plaintiff James Stevenson and Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations, by and through their counsel, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree that they will each bear their own costs.

JULY 8, 2015

SIDLEY AUSTIN LLP

By: /s/ Michael L. Mallow

Michael Mallow
Rachel A. Straus
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
mmallow@sidley.com
rstraus@sidley.com

*Attorneys for Defendant*

JULY 8, 2015                                    SIMMONS HANLY CONROY

                                                By: /s/ Mitchell M. Breit

                                                    Mitchell M. Breit
                                                    112 Madison Avenue,
                                                    New York, NY 10016
                                                    (212) 784-6422
                                                    mbreit@simmonsfirm.com

                                                    *Attorneys for Plaintiffs*

IT IS SO ORDERED:

*Freda L. Wolfson*

FREDA L. WOLFSON, U.S.D.J.

7/13/15